

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2022

No. 04-22-00191-CV

Lorrie **MILLER**,
Appellant

v.

Catarina A. **AYALA**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 21-08-00077-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

The reporter's record was due on May 23, 2022. On May 26, 2022, the court reporter filed a notice of late record indicating the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court **no later than June 6, 2022** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. **If appellant fails to respond within the time provided**, appellant's brief will be due **no later than June 27, 2022**, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2022.



_____
Michael A. Cruz,
Clerk of Court